THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
PIO S. KIM
Assistant United States Attorney
California Bar Number 156679
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2589
    Facsimile: (213) 894-7177
    Pio.Kim@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 05-8894 SVW (Ex) |
| Plaintiff, | |
| v. | CONSENT JUDGMENT |
| $1,916,904.56 IN U.S. CURRENCY, | |
| Defendant. | JS - 6 |
| DIANA FITZGERALD, *et. al.*, | |
| Claimants. | |

On or about December 22, 2005, plaintiff United States of America (the "government") filed the Complaint for Forfeiture in this action, seeking forfeiture of the defendant $1,916,904.56 in U.S. Currency (the "defendant currency") pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 984. On or about June 14, 2007, the

1  government filed the First Amended Complaint for forfeiture of
2  the defendant currency pursuant to 18 U.S.C. §§ 981(a)(1)(A),
3  981(a)(1)(C) and 984; and 31 U.S.C. §§ 5317(c)(2) and 5332(c).
4  Claimants and potential claimants Pat Barkley, Deborah Bass,
5  Shelly Binnette, Teri Bothwell, Eddie Dearing, Karen Factor,
6  Dalia Farkas, Diana Fitzgerald, Linda maman, Carol Maskin,
7  Beverly Milliken, Lori Nemiroff, Liubov Ohotnitkova, Beverly
8  Powers, Alexandra Pusep, Fathiyeh Safavi, Julia Tolman, Julia
9  Vassina, Terry Villanueva, Dolores Ulrich and Susan Welby-Bennett
10 (collectively, the "Claimants") claim that their interests to or
11 in the defendant currency are not forfeitable.
12     The government and the Claimants have agreed to settle this
13 forfeiture action and to avoid further litigation by entering
14 into this consent judgment.
15     The Court, having been duly advised of and having considered
16 the matter, and based upon the mutual consent of the parties,
17 HEREBY ORDERS, ADJUDGES, AND DECREES:
18     1.  This Court has jurisdiction over this action pursuant to
19 28 U.S.C. §§ 1345 and 1355.
20     2.  The First Amended Complaint for Forfeiture states claims
21 for relief pursuant to 18 U.S.C. §§ 981(a)(1)(A), 981(a)(1)(C)
22 and 984; and 31 U.S.C. §§ 5317(c)(2) and 5332(c).
23     3.  Notice of this action has been given as required by law.
24 The Court deems that all potential claimants other than the
25 Claimants admit the allegations of the First Amended Complaint
26 for Forfeiture to be true, and hereby enters default against all
27 such potential claimants.
28

1     4.   $462,750 of the defendant $1,916,904.56 in U.S. Currency, shall be paid to the Claimants, as below described:

    a.   $15,000 to Pat Barkley by a check made payable to "Pat Barkley and Huron Law Group Client Trust Fund" and mailed to Edward Kang, Esq. at Huron Law Group, 1875 Century Park East, Suite 1000, Los Angeles, California 90067;

    b.   $10,000 to Deborah Bass by a check made payable to "Deborah Bass" and mailed to 8961 Sunset Blvd., Suite 2A, Los Angeles, California 90069;

    c.   $7,000 to Shelly Binnette by a check made payable to "Shelly Binnette" and mailed to 1069 Corte Barroso, Camarillo, California 93010;

    d.   $1,400 to Terri Bothwell by a check made payable to "Terri Bothwell and McElfish Law Firm Client Trust Fund" and mailed to Noelle Natoli, Esq. at McElfish Law Firm, 1112 N. Sherbourne Drive, West Hollywood, California 90069;

    e.   $12,000 to Edie Dearing by a check made payable to "Edie Dearing" and mailed to 9663 Santa Monica Boulevard, #703, Beverly Hills, California 90210;

    f.   $7,550 to Karen Factor by a check made payable to "Karen Factor and Offices of Eric Honig Client Trust Fund" and mailed to Eric Honig, Esq. at P.O. Box 10327, Marina del Rey, California 90295;

    g.   $8,150 to Dalia Farkas by a check made payable to "Dalia Farkas" and mailed to 623 North Bedford Drive, Beverly Hills, California 90210;

1  h.  $200,000 to Diana Fitzgerald by a check made payable to
2      "Berding & Weil in Trust for Benefit of Diana
3      Fitzgerald" and mailed to Daniel L. Rottinghaus, Esq.
4      at Berding & Weil LLP, 32640 Stone Valley Road West,
5      Alamo, California 94507;
6  i.  $1,000 to Linda Maman by a check made payable
7      "Linda Maman" and mailed to 1146 San Ysidro Dr.,
8      Beverly Hills, California 90210;
9  j.  $8,600 to Carol Maskin by a check made payable
10     to "Carol Maskin and Offices of Eric Honig Client Trust
11     Fund" and mailed to Eric Honig, Esq. at P.O. Box 10327,
12     Marina del Rey, California 90295;
13 k.  $90,000 to Beverly Milliken by a check made payable to
14     "Beverly Milliken and Sands & Associates Client Trust
15     Fund" and mailed to Heleni E. Suydam, Esq. at Sands &
16     Associates, 9606 Santa Monica Blvd., 3rd Floor, Beverly
17     Hills, California 90210;
18 l.  $2,000 to Lori Nemiroff by a check made payable to
19     "Lori A. Nemiroff" and mailed to 1151 Avenida De
20     Aprisa, Camarillo, California 93010;
21 m.  $12,000 to Liubov Ohotnikova by a check made payable to
22     "Liubov Ohotnikova and Offices of Eric Honig Client
23     Trust Fund" and mailed to Eric Honig, Esq. at P.O. Box
24     10327, Marina del Rey, California 90295;
25 n.  $1,700 to Beverly Powers by a check made payable to
26     "Beverly Powers and Law Offices of Paul L. Gabbert
27     Client Trust Fund" and mailed to Paul L. Gabbert, Esq.
28     at 2115 Main Street, Santa Monica, California 90405;

o.  $20,000 to Alexandra Pusep by a check made payable to "Alexandra Sandra Pusep and McElfish Law Firm Client Trust Fund" and mailed to Noelle Natoli, Esq. at McElfish Law Firm, 1112 N. Sherbourne Drive, West Hollywood, California 90069;

p.  $6,200 to Fathiyeh Safavi by a check made payable to "Fathiyeh Safavi" and mailed to Eric D. Levine, Esq. at Levine & Levine, 301 North Canon Drive, Suite 304, Beverly Hills, California 90210;

q.  $10,000 to Julie Tolman by a check made payable to "Julie Tolman and Law Offices of Paul L. Gabbert Client Trust Fund" and mailed to Paul L. Gabbert, Esq. at 2115 Main Street, Santa Monica, California 90405;

r.  $12,000 Julia Vassina by a check made payable to "Julia Vassina and Offices of Eric Honig Client Trust Fund" and mailed to Eric Honig, Esq. at P.O. Box 10327, Marina del Rey, California 90295;

s.  $20,000 to Terry Villanueva by a check made payable to "Terry Villanueva and Offices of Eric Honig Client Trust Fund" and mailed to Eric Honig, Esq. at P.O. Box 10327, Marina del Rey, California 90295;

t.  $3,150 to Dolores Ulrich by a check made payable to "Dolores Ulrich and Law Offices of Paul L. Gabbert Client Trust Fund" and mailed to Paul L. Gabbert, Esq. at 2115 Main Street, Santa Monica, California 90405; and

u.  $15,000 to Susan Welby-Bennett by a check made payable to "Susan Welby-Bennett and Offices of Eric Honig

Client Trust Fund" and mailed to Eric Honig, Esq. at P.O. Box 10327, Marina del Rey, California 90295.

The government shall have at least 4 weeks from the entry of this Consent Judgment to mail said checks.

5. The remaining $1,454,154.56 of the defendant $1,916,904.56 in U.S. Currency shall be forfeited to the United States, which shall dispose of the same accordingly to law.

6. The Court finds that there was reasonable cause for the seizure of the defendants and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

7. The parties shall each bear their own attorney's fees and other costs and expenses of litigation.

DATED: March 17, 2009

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE